UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA,

            -against-

WOLFE MARGOLIES,

            Defendant.

---------------------------------------------------------X

19-CR-178 (KMW)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

KIMBA M. WOOD, United States District Judge:

Due to a conflict in the Court's schedule, sentencing in this matter is adjourned until Monday, December 2, 2019, at 4:00 p.m.

SO ORDERED.

Dated: New York, New York
        November 15, 2019

_____
KIMBA M. WOOD
United States District Judge