```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

           -against-

WOLFE MARGOLIES,

                    Defendant.
-------------------------------------------------------X

19-CR-178 (KMW)
22-CV-3489 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      Defendant Wolfe Margolies moves the Court in connection with his April 27, 2022 motion pursuant to 28 U.S.C. § 2255.  (ECF No. 54.)  The Government shall respond to Defendant's August 3, 2022 motion no later than September 21, 2022.

      SO ORDERED.

Dated: New York, New York
       August 22, 2022

                                        */s/ Kimba M. Wood*
                                        KIMBA M. WOOD
                                United States District Judge