USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 27, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

WOLFE MARGOLIES,

        Movant,

        v.

UNITED STATES OF AMERICA,

        Respondent.
---------------------------------------------------------X

22-CV-3489 (KMW)
19-CR-178 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On November 19, 2024, the Court received Margolies' motion for appointment of counsel pursuant to 18 U.S.C. § 3006A. (ECF No. 14.) Having reviewed Margolies' November 12, 2024 Financial Affidavit, the Court grants defendant's motion and requests that CJA counsel be appointed to represent Margolies in relation to his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.

The Court appoints CJA attorney on duty today, Alain V. Massena, to represent Margolies. Counsel shall file a reply brief by March 10, 2025. If appointed counsel requires more time to file a brief, he shall notify the Court of a date by which he can file.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Margolies.

SO ORDERED.

Dated: New York, New York
       January 27, 2025

                                                /s/ Kimba M. Wood
                                                 KIMBA M. WOOD
                                           United States District Judge