UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

WOLFE MARGOLIES,

                    Petitioner,

                    19-CR-178 (KMW)

   v.                    22-CV-3489 (KMW)

UNITED STATES OF AMERICA,           **ORDER**

                    Respondent.
--------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

On June 20, 2025, Petitioner Wolfe Margolies, represented by counsel, filed a supplemental motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. (ECF No. 80.)

If the Government wishes to file a supplemental response in order to address new arguments made by Petitioner in his June 20, 2025 memorandum, the Government shall file such response by July 18, 2025. Petitioner's reply, if any, is due August 1, 2025.

      SO ORDERED.

Dated: New York, New York
       June 23, 2025                         */s/ Kimba M. Wood*
                                                 KIMBA M. WOOD
                                       United States District Judge