

U.S. Department of Justice

United St[ates Attorney]
Southern [District of New York]

*The Jacob K. J[avits Federal Building]*
*26 Federal Pl[aza]*
*New York, Ne[w York 10278]*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 11, 2025
```

# MEMO ENDORSED

July 10, 2025

**BY ECF**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Wolfe Margolies*, 19 Cr. 178 (KMW)

Dear Judge Wood:

    The Court has ordered the Government to file a supplemental response to the defendant's 2255 briefing by July 18, 2025. (Dkt. 81). I am beginning a three-week trial on July 18, 2025, and, given preparation for trial, would ask the Court for a 30 day extension to August 17, 2025, for the Government to file its response (and a reciprocoal 30 day extension to August 31, 2025, for the defendant to file his reply). The defendant does not object to this request.

                             Respectfully submitted,

                             JAY CLAYTON
                             United States Attorney for the
                             Southern District of New York

                        by: _____
                             Adam Sowlati
                             Assistant United States Attorneys
                             (212) 637-2438

Cc:    Defense Counsel (by ECF)

**The Court GRANTS the Government's request for an extension to August 18, 2025 to file a supplemental response to Petitioner's Section 2255 motion. Petitioner's reply, if any, is due September 1, 2025.**

**SO ORDERED.**

**DATED:  New York, New York**
             **July 11, 2025**        */s/ Kimba M. Wood*
                                         **KIMBA M. WOOD**
                                  **UNITED STATES DISTRICT JUDGE**