**MASSENA LAW P.C.**
305 Broadway, Suite 1001
New York, New York 10007
(P) 212-766-1700 ♦ (F) 212-766-
Email: AVM@MASSENALAW.COM

• Admitted in Federal and
  New York State Courts

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 2, 2025
```

**MEMO ENDORSED**

August 28, 2025

**BY ECF**
Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Wolfe Margolies*, 19 Cr. 178 (KMW)

Dear Judge Wood:

  The Court previously granted the Government a 30-day extension to file its supplemental response to the defendant's 2255 briefing, with the response now due on August 17, 2025. The Court has also extended the defendant's Reply deadline to September 1, 2025. (Dkt. 83 Memo Endorsement).

  Defense respectfully requests an additional two-week extension to September 14, 2025, for the defendant to file his Reply brief. This modest extension is necessary to allow defense counsel sufficient time to thoroughly review the Government's supplemental response with Mr. Margolies and to ensure that the defendant's reply adequately addresses all arguments raised therein. Mr. Margolies is currently incarcerated out of state, which significantly impedes attorney-client communications and consultation. Given the complexity of the issues presented in this Section 2255 proceeding and the fundamental importance of providing Mr. Margolies with a meaningful opportunity to participate in the preparation of his reply, additional time is warranted to ensure the quality and completeness of the submission.

  The Government does not object to this request.

Respectfully submitted,

*Alain V. Massena*

Alain V. Massena, Esq.

**The Court grants Petitioner's request for an extension of time. Petitioner's supplemental reply is due Monday, September 15, 2025.**

**SO ORDERED.**

**DATED:  New York, New York**
     **September 2, 2025**

    */s/ Kimba M. Wood*
    **KIMBA M. WOOD**
**UNITED STATES DISTRICT JUDGE**