UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against

WOLFE MARGOLIES,

                               Defendant.
---------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

**ORDER**
19 CR 178 (KMW)
22 CV 3489 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/26

     The Court will hold an evidentiary hearing in this case on Wednesday, April 15, 2026, at

2:30 p.m.

     SO ORDERED.

Dated: New York, New York
       March 18, 2026

                           _____
                               KIMBA M. WOOD
                      UNITED STATES DISTRICT JUDGE