UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/26

    -against-

**ORDER**
19 CR 178 (KMW)

WOLFE MARGOLIES,

               Defendant.

-----------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

    The hearing currently scheduled for Wednesday, June 10, 2026, at 11:00 a.m. is

rescheduled for 9:30 a.m.

    SO ORDERED.

Dated: New York, New York
       May 26, 2026

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE