

U.S. Department of Justice SDNY
DOCUMENT

United States Attorney
Southern District of New York ELECTRONICALLY FILED

DOC #: _____

The Jacob K. Javits Federal Building DATE FILED: 6/3/26
26 Federal Plaza, 37th Floor
New York, New York 10278

May 27, 2026

**BY ECF**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:    *United States v. Wolfe Margolies*, 19 Cr. 178, 22 Cv. 3489 (KMW)

Dear Judge Wood:

   The parties write jointly to request an adjournment of the 2255 hearing scheduled for June 10, 2026, to the week of August 10, 2026. The reasons for the adjournment are two fold. First, counsel for the Government is currently on trial, which is set to conclude the week of June 1, and defense counsel began a three week trial today. In order to ensure adequate preparation for the hearing, the parties believe an adjournment is necessary. In addition, yesterday the defendant noticed a toxicology expert. The Government is evaluating the notice and whether to seek to preclude the testimony of the expert and/or obtain its own expert. Whether preclusion occurs or not, the Government will need time to prepare its case in light of the defendant's expert. For these reasons, the parties respectfully request an adjournment of the upcoming hearing to the week of August 10, 2026.[1]

*The Court is not available August 10 through September 10. The Court proposes a hearing date of July 14, 2026, at 10:00 am. If the parties wish an earlier date, it may be possible for the undersigned to locate another judge to conduct the hearing.*

SO ORDERED:    N.Y., N.Y. 6/3/26

_____
KIMBA M. WOOD
U.S.D.J.

_____

[1] The parties are available on any day the week of August 10, except August 12.