UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against

WOLFE MARGOLIES,

                        Defendant.
----------------------------------------------------------------------x

**ORDER**

19 CR 178 (KMW)

KIMBA M. WOOD, District Judge:

No later than October 9, 2026, the parties shall advise the Court of the names of any

witnesses they intend to call at the October 15 hearing, and the expected length of the entire

hearing.

      SO ORDERED.

Dated: New York, New York
       June 10, 2026

                                       KIMBA M. WOOD
                          UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/26